```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ANNE M. RAMOS,                                                         :
                                                                       :
                              Plaintiff,                               :
                                                                       :      22 Civ. 1719 (JPC)
                -v-                                                    :
                                                                       :            ORDER
                                                                       :
PORT AUTHORITY TRANS-HUDSON                                            :
CORPORATION,                                                           :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On March 4, 2024, the Court granted the parties an extension of the deadlines regarding potential *Daubert* motions.  *See* Dkt. 40.  In accordance with those deadlines, on March 15, 2024, Defendant filed six *Daubert* motions.  *See* Dkts. 41-58.  Plaintiff's oppositions to such motions were due on March 29, 2024, but no oppositions have been filed.  If the Court does not receive any opposition to Defendant's motions by May 6, 2024, the Court will consider the motions unopposed.

SO ORDERED.

Dated: April 29, 2024
       New York, New York

_____
JOHN P. CRONAN
United States District Judge